UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
CHARLES ARROWOOD; CHRISTIE AVERY,     :
ROY AYCOCK; DEBRA BARNETT; ROSA       :
BLACK; FRANCES BLOSSER; GWENDOLYN     :
BRASWELL; FRANCISSENA BRIMMAGE;       :
LINDA CALLAHAN; HELEN CAMPBELL;       :
CLYDE CHANDLER; MARIE DEMOSS;         :
RICHARD EDWARDS; ANCALA FRANKS;       :
NAN FROST; DAWN FURR; LINDA GREENE;   :
DEBORAH HALLMAN; WILMA HARRIS;        :
MARTHA JARVIS,                        :
                                      :
        Plaintiffs                    :    Civil Action
v.                                    :    No. 04-11091-GAO
                                      :
INDEVUS PHARMACEUTICALS, INC., F/K/A  :
INTERNEURON PHARMACEUTICALS, INC.;    :
WYETH, INC., F/K/A AMERICAN HOME      :
PRODUCTS CORPORATION; WYETH           :
PHARMACEUTICALS, INC F/K/A WYETH-     :
AYERST PHARMACEUTICALS, INC., A       :
DIVISION OF AMERICAN HOME PRODUCTS    :
CORPORATION; AND BOEHRINGER           :
INGELHEIM PHARMACEUTICALS, INC.,      :
                                      :
        Defendants                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**NOTICE OF APPEARANCE**

Please enter our appearance as counsel of record for Defendant Boehringer

Ingelheim Pharmaceuticals, Inc. in the above-captioned action.

Dated: June 14, 2004                              Respectfully submitted,
       Boston, Massachusetts

                                                  /s/Matthew J. Matule
                                                  Matthew J. Matule (BBO #632075)
                                                  SKADDEN, ARPS, SLATE,
Of Counsel:                                         MEAGHER & FLOM LLP
Barbara Wrubel                                    One Beacon Street
Katherine Armstrong                               Boston, Massachusetts 02108
SKADDEN, ARPS, SLATE,                             (617) 573-4800
  MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
(212) 735-3000                                    Counsel for Defendant
                                                  Boehringer Ingelheim Pharmaceuticals, Inc.

2