UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

CHARLES ARROWOOD; CHRISTIE AVERY, ROY AYCOCK; DEBRA BARNETT; ROSA BLACK; FRANCES BLOSSER; GWENDOLYN BRASWELL; FRANCISSENA BRIMMAGE; LINDA CALLAHAN; HELEN CAMPBELL; CLYDE CHANDLER; MARIE DEMOSS; RICHARD EDWARDS; ANCALA FRANKS; NAN FROST; DAWN FURR; LINDA GREENE; DEBORAH HALLMAN; WILMA HARRIS; MARTHA JARVIS,

  Plaintiffs

v.

INDEVUS PHARMACEUTICALS, INC., F/K/A INTERNEURON PHARMACEUTICALS, INC.; WYETH, INC., F/K/A AMERICAN HOME PRODUCTS CORPORATION; WYETH PHARMACEUTICALS, INC F/K/A WYETH-AYERST PHARMACEUTICALS, INC., A DIVISION OF AMERICAN HOME PRODUCTS CORPORATION; AND BOEHRINGER INGELHEIM PHARMACEUTICALS, INC.,

  Defendants

Civil Action
No. 04-11091-GAO

---

**CORPORATE DISCLOSURE STATEMENT
OF DEFENDANT BOEHRINGER INGELHEIM PHARMACEUTICALS, INC.**

  Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.3, defendant Boehringer Ingelheim Pharmaceuticals, Inc. hereby submits the following corporate disclosure statement: The ultimate parent company of Boehringer Ingelheim Pharmaceuticals, Inc. is C.H. Boehringer Sohn. The immediate parent company of Boehringer Ingelheim Pharmaceuticals, Inc. is Boehringer Ingelheim Corporation, which is a subsidiary of C.H. Boehringer Sohn. No publicly held corporation owns 10% or more of the stock of Boehringer Ingelheim Pharmaceuticals, Inc.

Dated:  June 25, 2004                                    Respectfully submitted,
       Boston, Massachusetts

/s/Matthew J. Matule
Matthew J. Matule (BBO #632075)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
Of Counsel:                                              One Beacon Street
Barbara Wrubel                                           Boston, Massachusetts 02108
Katherine Armstrong                                      (617) 573-4800
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
(212) 735-3000                                           Counsel for Defendant
                                                 Boehringer Ingelheim Pharmaceuticals, Inc.