UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
CHARLES ARROWOOD; CHRISTIE AVERY, :
ROY AYCOCK; DEBRA BARNETT; ROSA :
BLACK; FRANCES BLOSSER; GWENDOLYN :
BRASWELL; FRANCISSENA BRIMMAGE; :
LINDA CALLAHAN; HELEN CAMPBELL; :
CLYDE CHANDLER; MARIE DEMOSS; :
RICHARD EDWARDS; ANCALA FRANKS; :
NAN FROST; DAWN FURR; LINDA GREENE; :
DEBORAH HALLMAN; WILMA HARRIS; :
MARTHA JARVIS, :
 :
    Plaintiffs, : Civil Action
v. : No. 04-11091-GAO
 :
INDEVUS PHARMACEUTICALS, INC., F/K/A :
INTERNEURON PHARMACEUTICALS, INC.; :
WYETH, INC., F/K/A AMERICAN HOME :
PRODUCTS CORPORATION; WYETH :
PHARMACEUTICALS, INC F/K/A WYETH- :
AYERST PHARMACEUTICALS, INC., A :
DIVISION OF AMERICAN HOME PRODUCTS :
CORPORATION; AND BOEHRINGER :
INGELHEIM PHARMACEUTICALS, INC., :
 :
    Defendants. :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF APPEARANCE

Please enter our appearance as counsel of record for Defendant Indevus Pharmaceuticals, Inc. in the above-captioned action.

Dated: August 27, 2004                                        Respectfully submitted,
      Boston, Massachusetts

/s/Matthew J. Matule
Matthew J. Matule (BBO #632075)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP

Of Counsel:
Barbara Wrubel                                                One Beacon Street
Katherine Armstrong                                           Boston, Massachusetts 02108
SKADDEN, ARPS, SLATE,                                         (617) 573-4800
  MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
(212) 735-3000                                                Counsel for Defendant
                                                             Indevus Pharmaceuticals, Inc.