UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
CHARLES ARROWOOD; CHRISTIE AVERY,       :
ROY AYCOCK; DEBRA BARNETT; ROSA
BLACK; FRANCES BLOSSER; GWENDOLYN       :
BRASWELL; FRANCISSENA BRIMMAGE;
LINDA CALLAHAN; HELEN CAMPBELL;         :
CLYDE CHANDLER; MARIE DEMOSS;
RICHARD EDWARDS; ANCALA FRANKS;         :
NAN FROST; DAWN FURR; LINDA GREENE;     :
DEBORAH HALLMAN; WILMA HARRIS;
MARTHA JARVIS,                          :
                                        :
       Plaintiffs,                      :   Civil Action
v.                                          No. 04-11091-GAO
                                        :
INDEVUS PHARMACEUTICALS, INC., F/K/A    :
INTERNEURON PHARMACEUTICALS, INC.;      :
WYETH, INC., F/K/A AMERICAN HOME
PRODUCTS CORPORATION; WYETH             :
PHARMACEUTICALS, INC F/K/A WYETH-
AYERST PHARMACEUTICALS, INC., A         :
DIVISION OF AMERICAN HOME PRODUCTS      :
CORPORATION; AND BOEHRINGER
INGELHEIM PHARMACEUTICALS, INC.,        :
                                        :
       Defendants.                      :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

**CORPORATE DISCLOSURE STATEMENT
OF DEFENDANT INDEVUS PHARMACEUTICALS, INC.**

  Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.3, Indevus Pharmaceuticals, Inc. ("Indevus"), hereby submits the following corporate disclosure statement: Indevus, a Delaware Corporation, has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

| | |
|---|---|
| Dated: August 27, 2004<br>Boston, Massachusetts | Respectfully submitted,<br><br>/s/Matthew J. Matule<br>Matthew J. Matule (BBO #632075)<br>SKADDEN, ARPS, SLATE,<br>  MEAGHER & FLOM LLP |
| Of Counsel:<br>Barbara Wrubel<br>Katherine Armstrong<br>SKADDEN, ARPS, SLATE,<br>  MEAGHER & FLOM LLP<br>Four Times Square<br>New York, NY 10036<br>(212) 735-3000 | One Beacon Street<br>Boston, Massachusetts 02108<br>(617) 573-4800<br><br><br>Counsel for Defendant<br>Indevus Pharmaceuticals, Inc. |